UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| LANA SCHWANDT, f/k/a LANA FURMAN, | ) ) ) | CIV. 13-5063-JLV |
| Plaintiff, | ) ) | JUDGMENT OF DISMISSAL |
| vs. | ) ) | |
| FINCOR SOLUTIONS, | ) ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation for judgment of dismissal (Docket 12), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits with prejudice and without costs or further notice or hearing to either party.

Dated January 29, 2014.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE